James Sims
Attorney at Law, OSB 743038
Center for Non-Profit Legal Services, Inc.
P. O. Box 1586
Medford OR 97501; Tel: (541) 779-7292
Of Attorneys for Plaintiff
Fax: (541) 779-7308
jamessims@cnpls.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF OREGON

| | |
|---|---|
| GINA L. SLATE, | Civil No 1:12-cv-00301-KI |
| Plaintiff, | |
| VS. | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 USC 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER COMING REGULARLY BEFORE THE COURT on the plaintiff's Motion for award of attorney fees in the amount of $2,672.64 for plaintiff's attorney's fees incurred in this U. S. District Court appeal; and the Court finding that Judgment was entered herein on January 14, 2013, remanding this case to the Commissioner for further proceedings; and now being fully advised in the premises, it is hereby

ORDERED, that plaintiff's attorney's fee in the amount of $2,672.64 is hereby awarded, payable to Gina L. Slate through her attorney of record, James Sims, at P. O. Box 1586, Medford, OR 97501, pursuant to the Equal Access to Justice Act, 28 USC 2412(d).

DATED this 26th day of February, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

This order prepared and submitted by:

_____
JAMES SIMS, OSB 743038
Of Attorneys for Plaintiff